IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    )
                                          ) Case No. 218-00723
Terry and Wanda Beshearse                 ) Chapter 13
1717 Underhill Road                       ) Judge Walker
Smithville, TN 37166                      )
xxx-xx-8919, xxx-xx-1116,                 )
    Debtor.                               )

## CONTINUANCE ORDER

    This cause came on to be heard in the United States Bankruptcy Court for the Middle District of Tennessee on the Objection to Confirmation filed by the Trustee on April 5, 2018. Good cause having been shown, it is ordered that the hearing shall be continued to May 10, 2018 at 9:30 a.m. in Cookeville, Tennessee at the L. Clure Morton Federal Building. In the event no party objects to the re-noticed plan before April 14, 2018, the chapter 13 trustee shall submit the plan as proposed for confirmation and this rescheduled hearing will be moot.

    THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

 _/s/ Harry G. Lasser IV_____
Harry G. Lasser IV
Attorney for Debtor
548 N. Willow Ave., Ste. J2
Cookeville, TN  38501
(931) 372-9988
fax (931) 372-2426
harrylasser@frontiernet.net

## CERTIFICATE OF SERVICE

    I hereby certify that on this _5_ day of _April_, 2018, I mailed/hand delivered/ECF Notice/emailed a copy of the foregoing to the Chapter 13 Trustee, Henry E. Hildebrand, III, P.O. Box 340019, Nashville, TN 37203; Beth Derrick, U.S. Trustee, 3rd Floor, Customs House, 701 Broadway, Nashville, TN 37203.

                    _/s/ Harry G. Lasser IV_____
                      Harry G. Lasser IV